**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIGUEL ROBLES,

      Plaintiff,

v.                                          Case No:   6:22-cv-1418-PGB-LHP

CAMP NORAT INC. and MIGUEL A.
NORAT, JR. ,

      Defendants

---

**ORDER**

This cause comes before the Court on review of the Joint Report Regarding Settlement. Doc. No. 24. The parties notify the Court that they have been unable to reach a resolution of this matter. *Id.* ¶ 6. The parties further state that "Defendants believe that appearing before a Magistrate Judge would be beneficial in assisting the Parties to determine whether a settlement can be reached." *Id.* ¶ 7.

Upon consideration, the Court is not inclined to grant the request for a settlement conference when only one party agrees. Moreover, the notice does not elaborate on why Defendants believe a settlement conference before a Magistrate Judge would be fruitful. *See id. See also* Doc. No. 13 ¶ 5 & n.3. Accordingly,

- 2 -

pursuant to the FLSA Scheduling Order, the parties shall file their Case Management Report on or before **December 12, 2022**.  *See* Doc. No. 13 ¶ 5.

**DONE** and **ORDERED** in Orlando, Florida on December 6, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties