UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL ROBLES,

    Plaintiffs,

v.                                  Case No 6:22-CV-1418

CAMP NORAT INC. D/B/A
MATT'S LATIN BBQ AND
MIGUEL A. NORAT, JR.,

    Defendants.

_____

## JOINT NOTICE OF OTHER AGREEMENT

Pursuant to this Court's Order in ECF No. 34, Plaintiff, Miguel Robles, and Defendants, Camp Norat Inc., d/b/a Matt's Latin BBQ and Miguel A. Norat, Jr., hereby notify the Court that the parties entered into an agreement resolving plaintiff's claim for worker's compensation in OJCC Case No. 22-016607NPP. Plaintiff's claim for workers' compensation was handled by different counsel of record and different law firms for the Plaintiff and the Defendants, and had no bearing and/or influence on the FLSA settlement agreement before this Court. The worker's compensation agreement did not contain a confidentiality provision, but does contain a non-disparagement provision, and a release that protected this FLSA action. The parties will brief the Court separately with additional

information regarding the workers' compensation settlement agreement should the Court so desire in its consideration of the Parties' Joint Motion for Approval of Settlement in the instant matter.

Dated February 3, 2023.                                  Respectfully Submitted,

/s/ Toussaint M. Cummings, Esq.                          /s/ Bret C. Yaw, Esq.
Toussaint M. Cummings, Esq.                              Aaron L. Zandy, Esq.
Florida Bar No. 119877                                   Florida Bar No. 0125271
toussaint@fairlawattorney.com                            azandy@fordharrison.com
FAIRLAW FIRM                                             Bret C. Yaw, Esq.
135 San Lorenzo Avenue                                   Florida Bar No 0100445
Suite 770                                                byaw@fordharrison.com
Coral Gables, FL 33146                                   **FORD & HARRISON LLP**
Tel:   305.230.4884                                      300 S Orange Avenue, Suite 1300
*Counsel for Plaintiff*                                  Orlando, Florida 32801
                                                         Tel: 407-418-2300
                                                         Fax: 407-418-2327
                                                         *Counsel for Defendants*