UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MIGUEL ROBLES,

    Plaintiff,

vs.                                                          CASE NO.: 6:22-cv-1418-PGB-LHP

CAMP NORAT INC D/B/A
MATT'S LATIN BBQ AND
MIGUEL A. NORAT, JR.,

    Defendants.
_____/

**JOINT MOTION OF NO OBJECTION TO THE REPORT AND RECOMMENDATION APPROVING THE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff, Miguel Robles, and Defendants, Camp Norat Inc d/b/a Matt's Latin BBQ and Miguel A. Norat, Jr. ("Defendants"), hereby file this joint motion stating that they have no objection to the Report and Recommendation issued by Honorable United States Magistrate Judge Leslie Hoffman Price at ECF No. 38.

*[Signatures on following page]*

Dated March 9, 2023.

By: /s/ _____  By: /s/ _____
Toussaint Cummings              Aaron L. Zandy
Florida Bar No. 119877          Florida Bar No. 0125271
Email: toussaint@fairlawattorney.com   Email: azandy@fordharrison.com
Brian H. Pollock                Bret C. Yaw
Florida Bar No. 174742          Florida Bar No. 100445
Email: brian@fairlawattorney.com   Email: byaw@fordharrison.com

FAIRLAW FIRM                    FORD HARRISON LLP
135 San Lorenzo Ave., Suite 770  300 South Orange Ave., Ste. 1300
Coral Gables, Florida 33146     Orlando, FL  32801
305-230-4884  Telephone         407-418-2300  Telephone
305-230-4884  Facsimile         407-418-2327  Facsimile

*Attorneys for Plaintiff*        *Attorneys for Defendants*