UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MIGUEL ROBLES,

   Plaintiff,

vs.                                         CASE NO.: 6:22-cv-1418-PGB-LHP

CAMP NORAT INC D/B/A
MATT'S LATIN BBQ AND
MIGUEL A. NORAT, JR.,

   Defendants.
_____/

## JOINT NOTICE OF NO OBJECTION TO THE REPORT AND RECOMMENDATION APPROVING THE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, Miguel Robles, and Defendants, Camp Norat Inc d/b/a Matt's Latin BBQ and Miguel A. Norat, Jr. ("Defendants"), hereby file this joint notice stating that they have no objection to the Report and Recommendation issued by Honorable United States Magistrate Judge Leslie Hoffman Price at ECF No. 38.

*[Signatures on following page]*

Dated March 10, 2023.

| | |
|---|---|
| By:/s/ *Toussaint Cummings* | By:/s/ *Bret C. Yaw* |
| Toussaint Cummings | Aaron L. Zandy |
| Florida Bar No. 119877 | Florida Bar No. 0125271 |
| Email: toussaint@fairlawattorney.com | Email: azandy@fordharrison.com |
| Brian H. Pollock | Bret C. Yaw |
| Florida Bar No. 174742 | Florida Bar No. 100445 |
| Email: brian@fairlawattorney.com | Email: byaw@fordharrison.com |
| | |
| FAIRLAW FIRM | FORD HARRISON LLP |
| 135 San Lorenzo Ave., Suite 770 | 300 South Orange Ave., Ste. 1300 |
| Coral Gables, Florida 33146 | Orlando, FL  32801 |
| 305-230-4884  Telephone | 407-418-2300  Telephone |
| 305-230-4884  Facsimile | 407-418-2327  Facsimile |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |