UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIGUEL ROBLES,**

   **Plaintiff,**

v.    Case No: 6:22-cv-1418-PGB-LHP

**CAMP NORAT INC. and
MIGUEL A. NORAT, JR. ,**

   **Defendants.**
_____/

## ORDER

  This cause comes before the Court on the parties' Joint Motion to Approve Fair Labor Standards Act Settlement filed February 22, 2023. (Doc. 37 (the "**Motion**")). The Motion includes the parties' agreed upon settlement terms (Doc. 37, pp. 11—15 (the "**Settlement Agreement**")). Magistrate Judge Leslie Hoffman Price submitted a Report recommending that the Motion be granted. (Doc. 38). The parties have filed a joint notice of non-objection. (Doc. 40).

  Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections will be timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

  Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed February 27, 2023 (Doc. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 37) is **GRANTED;**

3. The Court **FINDS** that the parties' Settlement Agreement amount of $250.00 for overtime pay, the amount of $250.00 for liquidated damages, and the amount of $3,000 for attorney fees and costs are a fair and reasonable resolution of Plaintiff's claims under the Fair Labor Standards Act;

4. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 14, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties